JOHN F. STEEVES et al., Respondents, *v.* MARGARET SINCLAIR et al., Defendants, and CHARLES SIEDLER et al., Appellants.

*Steeves* v. *Sinclair*, 56 App. Div. 448, affirmed.
(Argued May 29, 1902; decided June 10, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 7, 1901, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*Albridge C. Smith* for appellants.

*Arthur Knox* and *George W. Stephens* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

MARY T. BATES, Respondent, *v.* BERNHARD J. LUDWIG et al., Appellants.

*Bates* v. *Ludwig*, 62 App. Div. 617, affirmed.
(Argued May 14, 1902; decided June 17, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 21, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Louis Marshall, Samuel H. Guggenheimer* and *William Strauss* for appellants.

*Harold Nathan* and *Edgar M. Leventritt* for respondent.

Judgment affirmed, with costs, on authority of *Howard* v. *Ludwig* (171 N. Y. 507) ; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.